RECEIVED
Western District of Washington at Seattle
JUN 3 0 2020
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Honorable Christopher M. Alston
Chapter: 7
Date: 7/23/2020
Place: Telephonic
Time: 11:00 a.m.
Response Date: 7/14/2020

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIPTIDE, LLC<br><br>　　　Debtor,<br><br>BANKRUPTCY ESTATE OF RIPTIDE, LLC<br><br>RONALD G. BROWN TRUSTEE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN HOSS, a married individual<br><br>　　　Defendant | Chapter 7<br><br><br>Bankruptcy No. 19-12520-CMA<br><br><br>ADVERSARY NO. 20-01027-CMA<br><br><br>NOTICE OF MOTION AND MOTION FOR ORDER TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT FOR TURNOVER |

TO:　　THE UNITED STATES BANKRUPTCY COURT CLERK
TO:　　RONALD G. BROWN, PLAINTIIFF
TO:　　RORY C. LIVESEY, ATTORNEY FOR PLAINTIFF

PLEASE TAKE NOTICE that the Motion for Order Vacating Order of Default (ECF No. 8) and Default Judgement for Turnover (ECF No. 10) ("Motion") set forth below has been filed by John Hoss ("Defendant"), and IS SET FOR HEARING as follows:

JUDGE: Christopher M. Alston　　　　TIME: 11:00 a.m.
PLACE: Telephonic　　　　　　　　　　DATE: 7/23/20

The Phone instruction are as follows:
Dial: 1-888-363-4749
Enter Access Code: 8955076#
Press the # sign
Enter Security Code when prompted: 3564#
Speak your name when prompted.

ADVERSARY NO. 20-01027-CMANOTICE OF MOTION AND MOTION FOR ORDER TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT FOR TURNOVER - 1

IF YOU OPPOSE the granting of the relief requested in the Motion, you must file your written response with the court clerk, and deliver copies to the Defendant at 4825 240th Ave SE, Issaquah, WA 98029, NOT LATER THAN THE RESPONSE DATE, which is 7/14/20.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the court may, in its discretion, GRANT THE MOTION BEFORE THE HEARING, WITHOUT FURTHER HEARING, and strike the hearing

## MOTION

COMES NOW the defendant, pro se, moves this court for an order to vacate order of default and to vacate default judgment for turnover. This motion is based upon the records and files herein and the attached statement and exhibits.

The answer for the above referenced adversary proceeding was due to plaintiff on April 30, 2020. The answer, *mediation certification and defendants consent for final adjudication were USPS mailed and emailed to counsel for the trustee and USPS mailed to the court on May 8, 2020 and are now shown in the case filed under doc 12 and 13.*

I pray for the court vacate these Orders to afford me the opportunity to properly answer and defend the case against me.

RESPECTFULLY SUBMITTED this 24th day of June, 2020

/S/ John Hoss

John Hoss, pro se
Defendant

ADVERSARY NO. 20-01027-CMANOTICE OF MOTION AND MOTION FOR ORDER TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT FOR TURNOVER - 2

STATEMENT.

*The undersigned states the following under penalty of perjury:*

1. I am the defendant in the above-entitled action.

2. On May 7, 2020 my electronic calendar alert went off reminding me to prepare for the pre-trial conference scheduled with Judge Alston on May 8, 2020 at 9 a.m. In reviewing the summons I was surprised to learn I was required to file an answer in addition to appearing at the pretrial conference. I immediately emailed the counsel for the trustee alerting him to my oversight and a true and correct copy of the email is attached to this statement as Exhibit A.

3. The answer, mediation certification and defendants consent for final adjudication were USPS mailed emailed to counsel for the trustee and USPS mailed to the court on May 8, 2020 and are now shown in the case filed under doc 12 and 13.

4. I married Trisha Hoss on December 29, 2008. A true and correct copy of our marriage certificate is attached to this statement as Exhibit B.

5. Trisha Hoss currently resides in the property and has done so continuously since September of 2005.

6. Trisha Hoss paid to have the kitchen remodeled in 2006 in the amount of $75,000 and helped make mortgage payments for over 10 years.

7. Trisha Hoss did not join in or acknowledge the execution of the 2019 deed to RIPTIDE LLC.

DATED this 24th day of June, 2020.

/S/ John Hoss

John Hoss, pro se
Defendant



john hoss <john.r.hoss@gmail.com>

## Brown v Hoss
1 message

**john hoss** <john.r.hoss@gmail.com>  Thu, May 7, 2020 at 10:48 PM
To: Rory Livesey <Rory@liveslaw.com>

Hi Rory,

I was planning on dialing into a pretrial conference with the judge tomorrow.

As I was reviewing the motion I went online and noticed the hearing had been stricken and you have presented the court with an order for default. I have not received notice of any kind, mail email or otherwise regarding the default. I am surprised you had not afforded me the courtesy of notice by email, mail or telephone.

Rory I received your complaint in the mail, not served, and put Pretrial Conference on my calendar with Judge Alston for May 8.

Now tonight as I pull out the complaint to prepare for the call I see the other page you sent that said I have to file a response in 35 day or risk being defaulted out.

I am prepared to proceed with the call tomorrow. Or in the alternative could you afford me the opportunity to file a proper answer to the complaint. I do not intend to take a default on this matter.

Kind Regards,

John Hoss
206-617-6996

Exhibit B

JOHN HOSS
TRISHA HOSS
4825 240TH AVENUE SE
ISSAQUAH, WASHINGTON 98029

## CERTIFICATE OF MARRIAGE

STATE OF HAWAII
DEPARTMENT OF HEALTH

CERTIFICATE NO 151 2008 - 025286

**NAME OF GROOM**
JOHN ROBERT HOSS

**DATE OF BIRTH**
November 24, 1969

**PLACE OF BIRTH**
SEATTLE, WASHINGTON

**FATHER'S NAME**
ROBERT WESLEY HOSS

**STATE OR COUNTRY OF BIRTH**
WASHINGTON

**MOTHER'S MAIDEN NAME**
MERRILOU CAMILLE ARCHER

**STATE OR COUNTRY OF BIRTH**
WASHINGTON

**NAME OF BRIDE**
TRISHA LYNN AUNE

**DATE OF BIRTH**
September 29, 1967

**PLACE OF BIRTH**
ONSLOW, NORTH CAROLINA

**FATHER'S NAME**
TERRY KEITH BARNETT

**STATE OR COUNTRY OF BIRTH**
ILLINOIS

**MOTHER'S MAIDEN NAME**
SANDRA KATHERINE GIARDINA

**STATE OR COUNTRY OF BIRTH**
ILLINOIS

**GROOM'S DECLARED MIDDLE NAME(S)**
ROBERT

**BRIDE'S DECLARED MIDDLE NAME(S)**
LYNN

**GROOM'S DECLARED SURNAME**
HOSS

**BRIDE'S DECLARED SURNAME**
HOSS

**DATE OF MARRIAGE**
December 29, 2008

**PLACE OF CEREMONY**
RITZ CARLTON- KAPALUA

**COUNTY**
MAUI

**ISLAND**
MAUI

**DATE ACCEPTED BY STATE REGISTRAR**
January 8, 2009

OHSM 5.1 (Rev.10/08) LASER   This copy serves as prima facie evidence of the fact of marriage in any court proceeding. [HRS 572-13(c), 338-13(b)]

**ANY ALTERATIONS INVALIDATE THIS CERTIFICATE**

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIPTIDE, LLC | Chapter 7 |
| Debtor, | |
| BANKRUPTCY ESTATE OF RIPTIDE, LLC | Bankruptcy No. 19-12520-CMA |
| RONALD G. BROWN TRUSTEE, | |
| Plaintiff, | ADVERSARY NO. 20-01027-CMA |
| v. | DECLARATION OF MAILING |
| JOHN HOSS, a married individual | |
| Defendant | |

I, John Hoss, declare and state as follows: 1. I am a citizen of the United States, over the age of 21 years. 2. On the 24th day of June, 2020, I caused to be mailed by first class mail, postage prepaid, a copy of (1) NOTICE OF MOTION AND MOTION FOR ORDER TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT FOR TURNOVER: Rory C. Livesey 600 Stewart Street, Suite 1908 Seattle, WA 98101

I declare under penalty of perjury that the foregoing is true and correct. DATED this 24th day of June, 2020.

/S/ John Hoss

———————————————
John Hoss

**RECEIVED**
**Western District of Washington**
**at Seattle**

**JUN 3 0 2020**

**MARK L. HATCHER, CLERK**
**OF THE BANKRUPTCY COURT**

ADVERSARY NO. 20-01027-CMADECLARATION OF MAILING - 1

Case 20-01027-CMA    Doc 29    Filed 06/30/20    Ent. 06/30/20 13:55:19    Pg. 6 of 6