**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>RIPTIDE LLC,<br><br>Debtor. | Case No. 19-12520-CMA |
| RONALD G. BROWN, as Trustee,<br><br>Plaintiff,<br>v.<br><br>JOHN HOSS,<br><br>Defendant. | Adv. Proc. No. 20-01027-CMA<br><br>ORDER ON DEFENDANT'S MOTION TO VACATE ORDER OF DEFAULT AND DEFAULT JUDGMENT FOR TURNOVER |

THIS MATTER came before the Court on John Hoss (the "Defendant")'s Motion to

Vacate Order of Default and Default Judgment for Turnover [Docket No. 29] (the "Motion").

ORDER

**Below is the Order of the Court.**

The Court considered the Motion, the Plaintiff's Response [Docket No. 35], the Declaration of Rory Livesey in Support of Plaintiff's Response [Docket No. 36], the Defendant's Reply [Docket No. 38], and the records and files herein. For the reasons stated at the July 23, 2020 hearing, which are incorporated herein by this reference, pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52, it is hereby ORDERED as follows:

1. The Defendant's Motion is GRANTED;
2. The Ex Parte Order of Default [Docket No. 8] is VACATED;
3. The Default Judgment for Turnover [Docket No. 10] is VACATED; and
4. The Defendant shall file a Notice Regarding Final Adjudication and Consent as required by Local Bankruptcy Rule 7012-1(a) with the Court within 14 days from the entry of this Order.

///END OF ORDER///

ORDER